374 A.2d 708

Commonwealth v. Pyatt, Appellant.

Argued March 21, 1977. David Katz, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

374 A.2d 709

Commonwealth v. Ragland, Appellant.

Argued September 13, 1976. Margaret M. Boyce, for appellant; Mark Sendrow, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.